skip to main content

Print

## CASE INFORMATION

### CV-21-956729 ADAM FRIED, ADM. OF THE ESTATE OF DESMOND FRANKLIN vs. JOSE GARCIA

**Docket Information**

EXHIBIT B

| Filing Date | Docket Party | Docket Type | Docket Description | View Image |
|---|---|---|---|---|
| 01/05/2022 | N/A | JE | CASE MGMNT CONFERENCE SET FOR 01/27/2022 AT 01:00 PM. THIS CASE IS SET FOR A PRETRIAL/CASE MANAGEMENT CONFERENCE. COUNSEL FOR PLAINTIFF(S) SHALL INFORM ALL OPPOSING COUNSEL AND/OR PRO SE PARTIES OF THIS DATE AND TIME. COUNSEL FOR ALL PARTIES ARE REQUIRED TO BE PRESENT IN PERSON AND TO BE FAMILIAR WITH THE UNDERLYING FACTS OF THE CASE. PARTIES NOT REPRESENTED BY COUNSEL ARE ALSO REQUIRED TO BE PERSONALLY PRESENT. FAILURE OF ANY PARTYS COUNSEL OR PRO SE PARTY TO APPEAR AT ANY SCHEDULED EVENT DURING THE PENDENCY OF THIS CASE MAY RESULT IN DISMISSAL WITH PREJUDICE FOR FAILURE TO PROSECUTE AND/OR JUDGMENT BEING RENDERED. IF A CONTINUANCE IS SOUGHT FOR ANY REASON, THE APPROPRIATE MOTION MUST BE FILED NO LESS THAN 7 DAYS BEFORE THE SCHEDULED EVENT, AND THE COURT PROVIDED WITH A COURTESY COPY ON THE DATE OF FILING. DO NOT CALL THE COURT TO REQUEST A CONTINUANCE. NO CONSIDERATION WILL BE GIVEN TO REQUESTS NOT MADE IN WRITING, DOCKETED AND WITHIN THE TIMEFRAME ABOVE, ABSENT AN EMERGENCY. THE COURT REQUIRES A COURTESY COPY OF ALL PLEADINGS IN EXCESS OF 5 PAGES, TO BE MAILED OR HAND-DELIVERED TO THE COURT. E-FILING DOES NOT CONSTITUTE A COURTESY COPY. PLEADINGS 5 PAGES, OR LESS, IN LENGTH MAY BE FAXED TO THE COURT 216-348-4036. PLEADINGS OF 5 PAGES OR LESS THAT ARE E-FILED DO NOT NEED TO BE FAXED OR DELIVERED TO THE COURT. PARTIES WISHING TO PERFECT SERVICE BY SPECIAL PROCESS SERVER IN ANY GIVEN CASE MUST FIRST FILE A SEPARATE MOTION TO APPOINT A SPECIAL PROCESS SERVER DIRECTLY WITH JUDGE NANCY MARGARET RUSSO. FAILURE TO OBTAIN THE EXPRESS PERMISSION OF JUDGE NANCY MARGARET RUSSO BEFORE ATTEMPTING SERVICE BY SPECIAL PROCESS SERVER MAY RESULT IN THE COURT STRIKING SUCH SERVICE ATTEMPTS. MOTIONS TO APPOINT SPECIAL PROCESS SERVERS MUST HAVE A PROPOSED ORDER ATTACHED TO THE MOTION FOR THE COURT'S REVIEW AND SIGNATURE. (THE PROPOSED ORDER SHOULD NOT BE FILED ON THE DOCKET, BUT IT MUST BE ATTACHED TO THE MOTION). IN THE EVENT THE PT/CMC IS CONVERTED TO A PHONE PT/CMC, THE PARTIES ARE REQUIRED TO CALL THE COURT AT THE SCHEDULED TIME. FAILURE TO TIMELY CONTACT THE COURT MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL. FAILURE TO COMPLY WITH ANY PORTION OF THE COURTS STANDING ORDERS, INCLUDING THIS ORDER, MAY RESULT IN A DISMISSAL WITHOUT PREJUDICE, JUDGMENT OR OTHER SANCTIONS. PARTIES ARE TO ABIDE BY THE COURTS STANDING ORDERS CONTAINED HEREIN AND LOCATED AT: HTTPS://CP.CUYAHOGACOUNTY.US/COURT-RESOURCES/JUDGES/JUDGE-NANCY-MARGARET-RUSSO/ NOTICE ISSUED |  |
| 12/29/2021 | N/A | SR | USPS RECEIPT NO. 46271093 DELIVERED BY USPS 12/20/2021 GARCIA/JOSE/ PROCESSED BY COC 12/29/2021. | |
| 12/17/2021 | D1 | SR | SUMS COMPLAINT(46271093) SENT BY CERTIFIED MAIL. TO: JOSE GARCIA C/O CLEVE. POLICE DEPT. 2ND DISTRIC 3481 FULTON ROAD CLEVELAND, OH 44109-0000 |  |
| 12/16/2021 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 12/16/2021 | D1 | CS | WRIT FEE | |
| 12/15/2021 | P1 | SR | REQUEST FOR SERVICE FILED INSTRUCTIONS FOR SERVICE |  |
| 12/10/2021 | N/A | SR | CERTIFIED MAIL RECEIPT NO. 46171514 RETURNED 12/9/2021 FAILURE OF |  |

| | | | |
|---|---|---|---|
| | | | SERVICE ON DEFENDANT GARCIA/JOSE/ - REFUSED NOTICE MAILED TO PLAINTIFF(S) ATTORNEY |
| 12/07/2021 | D1 | SR | SUMS COMPLAINT(46171514) SENT BY CERTIFIED MAIL. TO: JOSE GARCIA C/O CITY OF CLEVELAND LAW DEPT 601 LAKESIDE AVENUE E., ROOM 106 CLEVELAND, OH 44114 |
| 12/06/2021 | D1 | CS | WRIT FEE |
| 12/06/2021 | N/A | SR | SUMMONS E-FILE COPY COST |
| 12/06/2021 | N/A | SF | JUDGE NANCY MARGARET RUSSO ASSIGNED (RANDOM) |
| 12/06/2021 | P1 | SF | LEGAL RESEARCH |
| 12/06/2021 | P1 | SF | LEGAL NEWS |
| 12/06/2021 | P1 | SF | LEGAL AID |
| 12/06/2021 | P1 | SF | COURT SPECIAL PROJECTS FUND |
| 12/06/2021 | P1 | SF | COMPUTER FEE |
| 12/06/2021 | P1 | SF | CLERK'S FEE |
| 12/06/2021 | P1 | SF | DEPOSIT AMOUNT PAID TERRY H GILBERT |
| 12/06/2021 | N/A | SF | CASE FILED: COMPLAINT |

Only the official court records available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon as accurate and current.
Website Questions or Comments.
Copyright © 2022 PROWARE. All Rights Reserved. 1.1.257