

**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**REQUEST FOR SERVICE**
December 15, 2021 15:35

By: TERRY H. GILBERT 0021948

Confirmation Nbr. 2428303

| | |
|---|---|
| ADAM FRIED, ADM. OF THE ESTATE OF DESMOND FRANKLIN | CV 21 956729 |
| vs. | |
| JOSE GARCIA | **Judge:** NANCY MARGARET RUSSO |

Pages Filed: 1





# Common Pleas Court of Cuyahoga County, Ohio
## Nailah K. Byrd, Clerk of Courts

## INSTRUCTIONS FOR SERVICE

Adam Fried, Adm. of the Estate of Desmond Franklin

**Plaintiff(s)**

Case Number: CV 21 956729

Judge: Nancy Margaret Russo

Vs.

Jose Garcia

Date: December 15, 2021

**Defendants(s)**

### Method of Service Requested:

Certified Mail Service ✓   Ordinary Mail Service ☐

Personal Service by the Sheriff of _____ County ___

Residence Service by the Sheriff of _____ County ___

Personal Service By Process Server ___

Residence Service by Process Server ___

Civ.R. 4.7 Waiver Requested ___

### Name(s) and Address(es) of Parties to Serve:

Please serve Defendant, Jose Garcia, by certified mail with Summons and attached Complaint at:

Jose Garcia, c/o Cleveland Police Department, Second District, 3481 Fulton Road, Cleveland, OH 44109

### Additional Instructions:

Filing Party Name: Terry H. Gilbert     Supreme Court ID if applicable: 0021948

Phone Number: 216-241-1430

*For Use by Sheriff or Process Server Only*

Number of Service Attempts: ___

Electronically Filed 12/15/2021 15:35 / SERVICE / CV 21 956729 / Confirmation Nbr. 2428303 / CLNB1

Address for Service if Different from address included above: _____



**UNITED STATES POSTAL SERVICE**

Date Produced: 12/27/2021

CERTIFIED MAIL SOLUTIONS INC.:

The following is the delivery information for Certified Mail™/RRE item number 9314 8001 1300 3546 1060 16. Our records indicate that this item was delivered on 12/20/2021 at 10:44 a.m. in CLEVELAND, OH 44109. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: CV21956729 R48271993 / GARCIA JOSE / / 2021-12-29 05:08:56
Sent To: C/O CLEVE. POLICE DEPT. 2ND DISTRIC 3481 FULTON ROAD CLEVELAND, OH 441090000