# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| ADAM FRIED, Adm. Estate of Desmond Franklin, | ) ) ) | CASE NO. 1:22-CV-61 |
| | ) | JUDGE DAN A. POLSTER |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| Jose Garcia, | ) ) | |
| Defendant. | ) | |

Having been first duly heard, the parties' joint oral motion for an order requiring the City of Cleveland Office of Professional Standards (hereafter "OPS") to release its file in OPS Case No. 20-076 is hereby granted. OPS is hereby ordered to release to Elena N. Boop, counsel for Defendant Jose Garcia, and Elizabeth Bonham, counsel for the Plaintiff, the entire contents of its file No. 20-076, including but not limited to OPS Investigative Report, all interviews, video and audio files and any and all supporting documentation to the Investigative report. Ms. Boop and Ms. Bonham shall provide OPS with flash drives or other electronic media suitable for uploading and transferring the file materials. OPS is not required to produce attorney-client communications. The contents of said file shall be considered confidential and subject to the Protective Order, Doc. No. 13, until further order of this Court.

*So Ordered.*

_____
JUDGE DAN A. POLSTER
Dated: 11/9/2022