IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **ADAM FRIED, ADMINISTRATOR, ESTATE OF DESMOND FRANKLIN,** | ) ) ) | CASE NO.: 1:22-CV-00061 |
| | ) | JUDGE DAN AARON POLSTER |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| **JOSE GARCIA**, | ) ) | |
| Defendant. | ) | |

## PARTIES JOINT MOTION FOR A BRIEF EXTENSION OF EXPERT REPORT DEADLINES

The parties herein respectfully move this Honorable Court for a brief extension of expert report deadlines as follows: a one-week extension of initial expert reports from August 4, 2023, to August 11, 2023, and a two-week extension for rebuttal expert reports from September 1, 2023, to September 15, 2023. The parties agree that good cause exists for this brief extension, additional time is necessary to complete expert reports, and the extension will not prejudice the parties or otherwise impact the current case schedule.

                 Respectfully submitted,

                 MARK D. GRIFFIN (0064141)
                 Director of Law

        By: */s/ Elena N. Boop*
                 Elena N. Boop (0072907)
                 Chief Trial Counsel
                 James R. Russell, Jr. (0075499)

Chief Assistant Director of Law
Affan Ali (0085698)
Assistant Director of Law
City of Cleveland, Department of Law
601 Lakeside Avenue, Room 106
Cleveland, Ohio 44114-1077
Tel: (216) 664-2800
Fax: (216) 664-2663
Email: EBoop@clevelandohio.gov
JRussell2@clevelandohio.gov
Aali2@clevelandohio.gov
*Attorneys for Jose Garcia*


*/s/ Elizabeth Bonham*
Sarah Gelsomino (0084340)
Terry H. Gilbert (0021948)
Marcus Sidoti (0077476)
Elizabeth Bonham (0093733)
FRIEDMAN, GILBERT + GERHARDSTEIN
50 Public Square, Suite 1900
Cleveland, OH 44113-2205
T: 216-241-1430
F: 216-621-0427
sarah@FGGfirm.com
terry@FGGfirm.com
marcus@FGGfirm.com
elizabeth@FGGfirm.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed electronically on August 3, 2023, and served upon the parties herein via the court's electronic filing system.


/s/ Elena N. Boop
*One of the Attorneys for Jose Garcia*