IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ADAM FRIED, ADMINISTRATOR, ESTATE OF DESMOND FRANKLIN, | ) ) ) | CASE NO.: 1:22-CV-00061 |
| Plaintiff, | ) ) ) | JUDGE DAN AARON POLSTER |
| vs. | ) ) | |
| JOSE GARCIA, | ) ) | |
| Defendant. | ) | |

## DEFENDANT JOSE GARCIA'S UNOPPOSED MOTION TO EXCUSE ATTENDANCE AT THE NOVEMBER 17, 2023 STATUS CONFERENCE

Defendant Jose Garcia, by and through the undersigned counsel, respectfully moves this Honorable Court to excuse his attendance at the next status conference, scheduled for November 17, 2023 at 10:00 AM via Zoom videoconference .

Officer Garcia asks the Court to excuse his attendance because he has a conflicting commitment in the Director of Public Safety's office on the same date and time as the status conference. A representative of the City of Cleveland with settlement authority will still be in attendance. Plaintiff's counsel, Elizabeth Bonham, has no objection to this motion.

        Respectfully submitted,

        MARK D. GRIFFIN (0064141)
        Director of Law

By:    */s/ Affan Ali*
        Elena N. Boop (0072907)
        Chief Trial Counsel
        James R. Russell, Jr. (0075499)
        Chief Assistant Director of Law
        Affan Ali (0085698)
        Assistant Director of Law
        City of Cleveland, Department of Law
        601 Lakeside Avenue, Room 106
        Cleveland, Ohio 44114-1077
        Tel: (216) 664-2800
        Fax: (216) 664-2663
        Email: EBoop@clevelandohio.gov
                JRussell2@clevelandohio.gov
                Aali2@clevelandohio.gov
        *Attorneys for Jose Garcia*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed electronically on November 15, 2023, and served upon the parties herein via the court's electronic filing system.

        /s/ *Affan Ali*
        *One of the Attorneys for Jose Garcia*