IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **ADAM FRIED, ADMINISTRATOR, ESTATE OF DESMOND FRANKLIN,** | ) ) ) | CASE NO.: 1:22-CV-00061 |
| | ) | JUDGE DAN AARON POLSTER |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| **JOSE GARCIA,** | ) ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF DAVID F. LOOMIS

Pursuant to 28 U.S.C. § 1746, I hereby certify under the penalty of perjury the following is true and correct:

1. My name is David F. Loomis. I have personal knowledge of all facts contained herein.

2. I am the Senior Forensic Analyst for the Ohio Attorney General, the Ohio Organized Crime Investigation Commission. I have served in this capacity since March of 2019. I have also served as the Forensic Audio/Video Analyst for the Ohio Organized Crime Investigations Commission from August 2014 until March 2019.

3. On September 16, 2020, I received a thumb drive containing multiple videos for purposes of forensic video analysis from the Cuyahoga County Sheriff's Office, Detective Joseph Goudy. The contents of the materials received, the chain of custody and the scope and detailed description of forensic video analysis I performed are documented in the materials attached hereto as Exhibits



DEFENDANT'S EXHIBIT
G

1

1 - 3, containing the Evidence Submission Form, dated 09/16/2020 (Exhibit 1), Chain of Custody report, dated 11/05/2020 (Exhibit 2), and Forensic Video Analysis, dated 11/04/2020 (Exhibit 3). These records are true and accurate copies of the official records of the Ohio Organized Crime Investigations Commission, kept in the regular course and scope of the Commission's business and reflect the Commission's regularly conducted activity.

4. Attached hereto as Exhibit 4 is a true, complete and accurate digital copy of the multi-camera video timeline presentation I created from the videos provided by the Cuyahoga County Sheriff's Department, as described in more detail in my Forensic Video Analysis, Exhibit 3. I did not alter the actual substance of the videos but merely compiled them into a multi-camera timeline presentation and added spotlight effects to highlight regions of interest and a title slate.

I declare under penalty of perjury that the foregoing is true and accurate. Executed on the _10th_ day of January, 2024.

_David F. Loomis_
David F. Loomis



# Ohio Organized Crime Investigations Commission

## Evidence Submission Form

| Submission Date | Priority Code | Due Date |
|---|---|---|
| 09/16/2020 | | |
| OOCIC Case Number | Shelf Location | |
| 20-00109 | | |

(OOCIC Evidence Tech will complete this section)
Refer to OCIC Submission Number for Inquires

| Submitting Agency (or OOCIC Task Force Number) | Case Investigator Name: | Submitting Investigator: |
|---|---|---|
| Cuyahoga County Sheriff's Office | Det. Joe Goudy | Det. Joe Goudy |
| County: | Agency Case Number: | Court Date: |
| Cuyahoga | 20014222 | |
| Telephone Number: | Cell Phone Number | FAX Number: |
| | | |
| Mailing Address: 1215 W. 3rd St. Cleveland, OH 44113 | | E-Mail Address: |

Submitted Items: (OOCIC Evidence Tech will complete this section)

| Item # | Description | Make | Model | Lot Number |
|---|---|---|---|---|
| 1 | Flash Drive/Jump Drive/Thumb Drive Black Verbatim USB Drive | | | |
| W.P. 1.1 | Data CD 3 CDs. | | | |

Requested Services: (Check all that apply)

| Video Analysis | Video Duplication | Digital Photographs | Audio Analysis | Audio Duplication | Audio Reconst./Repair | Video Reconst./Repair | Audio Redaction | Video Redaction |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Subject Information: (Complete as much as possible)

| Offense: | Date of Offense: | Location : (City, County) |
|---|---|---|
| No Case Type Entered | | |

Additional information: (Data from Time Date Generator / Type of System / Court Date / Special Instructions. etc.)

Submitted By: _____ Det. Joe Goudy

Evidence Tech: _____

**EXHIBIT 1**

\\AGOBCILIMSPRD01\OCICORA\RECEIPT.RPT          Page 1 of 1



**Ohio Organized Crime Investigations Commission**
P.O. Box 968
Grove City, OH 43123
Telephone: (614) 277-1000
Facsimile: (614) 277-1010

# Chain of Custody Report

| | |
|---|---|
| Lab Case | 20-00109 |
| Department Name: | Cuyahoga County Sheriff's Office |
| Incident Number | 20014222 |

Item # 1          Description : Flash Drive/Jump Drive/Thumb Drive  Black Verbatim USB Drive

| Date | Time | Custody Of | Location / Person | Transaction By |
|---|---|---|---|---|
| 09/16/2020 | 11:10 | Analyst | David F. Loomis | Nissa Low |
| 09/17/2020 | 9:58 | Clerical/Evidence | Nissa Low | Nissa Low |
| 09/17/2020 | 10:21 | Analyst | David F. Loomis | Nissa Low |
| 10/22/2020 | 11:07 | Clerical/Evidence | Nissa Low | Nissa Low |
| 10/22/2020 | 11:07 | Evidence Disposal | Returned to Department | Nissa Low |

Item # W.P. 1.1          Description : Data CD  3 CDs.

| Date | Time | Custody Of | Location / Person | Transaction By |
|---|---|---|---|---|
| 10/22/2020 | 11:00 | Analyst | David F. Loomis | Nissa Low |
| 10/22/2020 | 11:07 | Clerical/Evidence | Nissa Low | Nissa Low |
| 10/22/2020 | 11:07 | Evidence Disposal | Returned to Department | Nissa Low |

**EXHIBIT 2**



**Ohio Organized Crime Investigations Commission**
**Forensic Video Analysis**

Written November 4th, 2020

| | | | |
|---|---|---|---|
| To: | Cuyahoga County Sheriff's Office<br>Det. Joe Goudy<br>1215 W. 3rd St.<br>Cleveland, OH  44113 | OCIC Case Number: | 20-00109 |
| | | Agency Case Number: | 20014222 |

Type of Offense:     No Case Type Entered
Location of Offense:

On September 16th, 2020, Detective Joseph Goudy of the Cuyahoga County Sheriff's Office submitted one thumb drive for the purpose of forensic video analysis. Detective Goudy requested a video presentation be created from video contained on the thumb drive. The item submitted will be referred to as ITEM ONE throughout the body of this report. The process, as it pertains to this case, is as follows:

- Inspect ITEM ONE to ascertain that no physical damage exists
- Generate and save a working copy of the contents of ITEM ONE
- Convert proprietary video files to a universal format for processing
- Utilize software to create a video timeline presentation
- Produce a data CD of video timeline presentation

On September 16th, 2020, Senior Analyst David Loomis received custody of ITEM ONE. ITEM ONE was a Verbatim 32GB thumb drive with no label. ITEM ONE was inspected for damage and no damage was found. The contents of ITEM ONE were copied and verified via SHA56 hash using Quick Hash 3.0.4.

ITEM ONE contained six folders, each containing video files. The folder "Cemetery Cam" contained ten proprietary .dav video files with a display resolution of 960 pixels by 480 pixels using the h264 video codec:

```
DV908_ch1_main_20200409130000_20200409133000.dav
DV908_ch1_main_20200409133000_20200409140000.dav
DV908_ch1_main_20200409140000_20200409142142.dav
DV908_ch1_main_20200409142142_20200409142150.dav
DV908_ch1_main_20200409142150_20200409144600.dav
DV908_ch1_main_20200409144600_20200409144619.dav
DV908_ch1_main_20200409144619_20200409145618.dav
DV908_ch1_main_20200409145618_20200409145630.dav
DV908_ch1_main_20200409145630_20200409150326.dav
DV908_ch1_main_20200409150326_20200409150340.dav
```

**EXHIBIT 3**

Page 1 of 6



**Ohio Organized Crime Investigations Commission**
**Forensic Video Analysis**

Written November 4th, 2020

The folder "Convenient Food Mart (Forestdale)" contained three proprietary .dat video files with a display resolution of 352 pixels by 480 pixels using an unknown video codec:

    00000000.dat
    00000001.dat
    00000002.dat

The folder "Kotecki Memorials" contained one-hundred and two .asf video files with a display resolution of 2560 pixels by 1440 pixels using the h264 video codec:

    AMDV4M8_ch8_main_20200409134000_20200409134032.asf
    AMDV4M8_ch8_main_20200409134032_20200409134058.asf
    AMDV4M8_ch8_main_20200409134058_20200409134135.asf
    AMDV4M8_ch8_main_20200409134135_20200409134152.asf
    AMDV4M8_ch8_main_20200409134152_20200409134222.asf
    AMDV4M8_ch8_main_20200409134222_20200409134223.asf
    AMDV4M8_ch8_main_20200409134223_20200409134311.asf
    AMDV4M8_ch8_main_20200409134311_20200409134314.asf
    AMDV4M8_ch8_main_20200409134314_20200409134357.asf
    AMDV4M8_ch8_main_20200409134357_20200409134402.asf
    AMDV4M8_ch8_main_20200409134402_20200409134423.asf
    AMDV4M8_ch8_main_20200409134423_20200409134428.asf
    AMDV4M8_ch8_main_20200409134428_20200409134443.asf
    AMDV4M8_ch8_main_20200409134444_20200409134508.asf
    AMDV4M8_ch8_main_20200409134508_20200409134522.asf
    AMDV4M8_ch8_main_20200409134522_20200409134531.asf
    AMDV4M8_ch8_main_20200409134531_20200409134546.asf
    AMDV4M8_ch8_main_20200409134546_20200409134547.asf
    AMDV4M8_ch8_main_20200409134547_20200409134602.asf
    AMDV4M8_ch8_main_20200409134602_20200409134640.asf
    AMDV4M8_ch8_main_20200409134640_20200409134655.asf
    AMDV4M8_ch8_main_20200409134656_20200409134710.asf
    AMDV4M8_ch8_main_20200409134710_20200409134731.asf
    AMDV4M8_ch8_main_20200409134731_20200409134735.asf
    AMDV4M8_ch8_main_20200409134735_20200409134758.asf
    AMDV4M8_ch8_main_20200409134758_20200409134818.asf
    AMDV4M8_CH8_MAIN_20200409134818_20200409134843.asf
    AMDV4M8_ch8_main_20200409134843_20200409134902.asf
    AMDV4M8_ch8_main_20200409134902_20200409134917.asf
    AMDV4M8_ch8_main_20200409134917_20200409134928.asf
    AMDV4M8_ch8_main_20200409134928_20200409134952.asf
    AMDV4M8_ch8_main_20200409134952_20200409135019.asf



Ohio Organized Crime Investigations Commission
Forensic Video Analysis

Written November 4th, 2020

```
AMDV4M8_ch8_main_20200409135019_20200409135051.asf
AMDV4M8_ch8_main_20200409135051_20200409135054.asf
AMDV4M8_ch8_main_20200409135054_20200409135142.asf
AMDV4M8_ch8_main_20200409135142_20200409135150.asf
AMDV4M8_ch8_main_20200409135150_20200409135204.asf
AMDV4M8_ch8_main_20200409135204_20200409135220.asf
AMDV4M8_ch8_main_20200409135220_20200409135250.asf
AMDV4M8_ch8_main_20200409135250_20200409135459.asf
AMDV4M8_ch8_main_20200409135459_20200409135515.asf
AMDV4M8_ch8_main_20200409135515_20200409135535.asf
AMDV4M8_ch8_main_20200409135535_20200409135551.asf
AMDV4M8_ch8_main_20200409135551_20200409135612.asf
AMDV4M8_ch8_main_20200409135612_20200409135637.asf
AMDV4M8_ch8_main_20200409135637_20200409135649.asf
AMDV4M8_ch8_main_20200409135649_20200409135710.asf
AMDV4M8_ch8_main_20200409135710_20200409135737.asf
AMDV4M8_ch8_main_20200409135737_20200409135753.asf
AMDV4M8_ch8_main_20200409135753_20200409135922.asf
AMDV4M8_ch8_main_20200409135922_20200409135945.asf
AMDV4M8_ch8_main_20200409135945_20200409135959.asf
AMDV4M8_ch8_main_20200409135959_20200409140015.asf
AMDV4M8_ch8_main_20200409140015_20200409140015.asf
AMDV4M8_ch8_main_20200409140015_20200409140031.asf
AMDV4M8_ch8_main_20200409140031_20200409140051.asf
AMDV4M8_ch8_main_20200409140051_20200409140107.asf
AMDV4M8_ch8_main_20200409140107_20200409140227.asf
AMDV4M8_ch8_main_20200409140227_20200409140338.asf
AMDV4M8_ch8_main_20200409140338_20200409140345.asf
AMDV4M8_ch8_main_20200409140345_20200409140406.asf
AMDV4M8_ch8_main_20200409140406_20200409140440.asf
AMDV4M8_ch8_main_20200409140440_20200409140537.asf
AMDV4M8_ch8_main_20200409140537_20200409140617.asf
AMDV4M8_ch8_main_20200409140617_20200409140632.asf
AMDV4M8_ch8_main_20200409140632_20200409140646.asf
AMDV4M8_ch8_main_20200409140646_20200409140701.asf
AMDV4M8_ch8_main_20200409140701_20200409140713.asf
AMDV4M8_ch8_main_20200409140713_20200409140736.asf
AMDV4M8_ch8_main_20200409140736_20200409140803.asf
AMDV4M8_ch8_main_20200409140803_20200409140831.asf
AMDV4M8_ch8_main_20200409140831_20200409140855.asf
AMDV4M8_ch8_main_20200409140855_20200409140912.asf
AMDV4M8_ch8_main_20200409140912_20200409140941.asf
```



**Ohio Organized Crime Investigations Commission**
**Forensic Video Analysis**

Written November 4th, 2020

---

    AMDV4M8_ch8_main_20200409140941_20200409140955.asf
    AMDV4M8_ch8_main_20200409140955_20200409141055.asf
    AMDV4M8_ch8_main_20200409141055_20200409141117.asf
    AMDV4M8_ch8_main_20200409141117_20200409141921.asf
    AMDV4M8_ch8_main_20200409141921_20200409141953.asf
    AMDV4M8_ch8_main_20200409141953_20200409142039.asf
    AMDV4M8_ch8_main_20200409142039_20200409142057.asf
    AMDV4M8_ch8_main_20200409142057_20200409142100.asf
    AMDV4M8_ch8_main_20200409142100_20200409142130.asf
    AMDV4M8_ch8_main_20200409142130_20200409144106.asf
    AMDV4M8_ch8_main_20200409144106_20200409144121.asf
    AMDV4M8_ch8_main_20200409144121_20200409144137.asf
    AMDV4M8_ch8_main_20200409144137_20200409144247.asf
    AMDV4M8_ch8_main_20200409144247_20200409144254.asf
    AMDV4M8_ch8_main_20200409144254_20200409144314.asf
    AMDV4M8_ch8_main_20200409144314_20200409144339.asf
    AMDV4M8_ch8_main_20200409144339_20200409144427.asf
    AMDV4M8_ch8_main_20200409144427_20200409144427.asf
    AMDV4M8_ch8_main_20200409144427_20200409144524.asf
    AMDV4M8_ch8_main_20200409144524_20200409145611.asf
    AMDV4M8_ch8_main_20200409145611_20200409145721.asf
    AMDV4M8_ch8_main_20200409145721_20200409145832.asf
    AMDV4M8_ch8_main_20200409145832_20200409145858.asf
    AMDV4M8_ch8_main_20200409145858_20200409145911.asf
    AMDV4M8_ch8_main_20200409145911_20200409145934.asf
    AMDV4M8_ch8_main_20200409145934_20200409150017.asf
    AMDV4M8_ch8_main_20200409150017_20200409150033.asf
    AMDV4M8_ch8_main_20200409150033_20200409150054.asf

The folder "Library Cam" contained one .mov video file with a display resolution of 1280 pixels by 960 pixels using the h264 video codec:

    4-9-2020 Brooklyn branch exterior.mov

The folder "Repair shop cameras" contained twenty-two .mp4 video files with a display resolution of 1920 pixels by 1080 pixels using the h264 video codec:

    ch23_20200409140003.mp4
    ch23_20200409140020.mp4
    ch23_20200409140129.mp4
    ch23_20200409140208.mp4
    ch23_20200409141632.mp4



**Ohio Organized Crime Investigations Commission**
**Forensic Video Analysis**

Written November 4th, 2020

```
ch23_20200409141947.mp4
ch23_20200409143125.mp4
ch23_20200409144112.mp4
ch23_20200409144301.mp4
ch23_20200409144410.mp4
ch23_20200409144426.mp4
ch23_20200409144552.mp4
ch23_20200409145024.mp4
ch23_20200409145229.mp4
ch23_20200409145445.mp4
ch23_20200409145720.mp4
ch23_20200409145951.mp4
ch23_20200409150042.mp4
ch23_20200409150115.mp4
ch23_20200409150230.mp4
ch27_20200409134723.mp4
D07_20200409141632_001.mp4
```

The folder "Smoke shop" contained sixteen proprietary .dav video files with the following display resolutions using the h264 video codec:

| File | Resolution |
|---|---|
| NVR_ch9_main_20200409130029_20200409140000.dav | 3840 x 2160 |
| NVR_ch9_main_20200409140000_20200409142023.dav | 3840 x 2160 |
| DV908_ch1_main_20200409130000_20200409133000.dav | 960 x 480 |
| DV908_ch1_main_20200409133000_20200409140000.dav | 960 x 480 |
| DV908_ch1_main_20200409140000_20200409142142.dav | 960 x 480 |
| DV908_ch1_main_20200409142142_20200409142150.dav | 960 x 480 |
| DV908_ch1_main_20200409142150_20200409144600.dav | 960 x 480 |
| DV908_ch1_main_20200409144600_20200409144619.dav | 960 x 480 |
| DV908_ch1_main_20200409144619_20200409145618.dav | 960 x 480 |
| DV908_ch1_main_20200409145618_20200409145630.dav | 960 x 480 |
| DV908_ch1_main_20200409145630_20200409150326.dav | 960 x 480 |
| DV908_ch1_main_20200409150326_20200409150340.dav | 960 x 480 |
| NVR_ch4_main_20200409130006_20200409140000.dav | 3840 x 2160 |
| NVR_ch4_main_20200409130505_20200409140000.dav | 3840 x 2160 |
| NVR_ch8_main_20200409130137_20200409140000.dav | 3840 x 2160 |
| NVR_ch8_main_20200409140000_20200409141441.dav | 3840 x 2160 |

The proprietary video files from ITEM ONE were converted to universal .mp4 video files for processing using the iNput Ace 2.6.0 forensic video analysis and conversion software.



**Ohio Organized Crime Investigations Commission**
**Forensic Video Analysis**

Written November 4th, 2020

---

The video files from ITEM ONE were brought into the Adobe Premiere CC 2020 video analysis software for review and the creation of a video timeline. A new timeline was created and the video files were synchronized based upon the date/time stamps and visual cues. The video files were edited to the scope of events described by Detective Goudy.

The Premiere video timeline was brought into the Adobe After Effects CC 2020 video analysis and compositing software for the creation of the video presentation. A multi-camera presentation was created. Spotlight effects were added to highlight regions of interest. A title slate was added, and the video presentation was rendered out as a universal .mp4 video file for demonstrative purposes.

The video presentation was placed onto a data CD. A total of three copies of the CD were created.

On October 22nd, 2020, the three CDs were returned to the evidence room, along with ITEM ONE. Detective Joseph Goudy of the Cuyahoga County Sheriff's Office was notified that his submission was complete and being returned via FedEx.


_David F. Loomis_
David F. Loomis
Senior Forensic Analyst
614-277-1000
David.Loomis@ohioattorneygeneral.gov

_Matt Hilbert_
Matt S. Hilbert
Supervisor Approval

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ADAM FRIED, ADMINISTRATOR, ESTATE OF DESMOND FRANKLIN, | ) CASE NO.: 1:22-CV-00061 ) ) JUDGE DAN AARON POLSTER |
| Plaintiff, | ) ) |
| vs. | ) ) ) CORRECTED NOTICE OF MANUAL |
| JOSE GARCIA, | ) FILING OF EXHIBIT G-4 OF ) DEFENDANT'S MOTION FOR SUMMARY |
| Defendant. | ) JUDGMENT |

Defendant, JOSE GARCIA, hereby notifies this Honorable Court that the following was manually filed as an exhibit to his Motion for Summary Judgment:

- Exhibit G-4, thumb drive containing video compilation, attached to the Declaration of David Loomis.

This video was not filed electronically because the format and/or electronic file size could not be converted to a format and/or size accepted by CM/ECF.

**EXHIBIT 4**

Respectfully submitted,

MARK D. GRIFFIN (0064141)
Director of Law

By:   */s/ Affan Ali*
Elena N. Boop (0072907)
Chief Trial Counsel
James R. Russell, Jr. (0075499)
Chief Assistant Director of Law
Affan Ali (0085698)
Assistant Director of Law
City of Cleveland, Department of Law
601 Lakeside Avenue, Room 106
Cleveland, Ohio 44114-1077
Tel: (216) 664-2800
Fax: (216) 664-2663
Email: EBoop@clevelandohio.gov
        JRussell2@clevelandohio.gov
        Aali2@clevelandohio.gov
*Attorneys for Jose Garcia*

## CERTIFICATE OF SERVICE

The undersigned certifies the above document was filed on 31st day of January, 2024. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's filing system.

        */s/ Affan Ali*
        Affan Ali (0085698)
        *One of the attorneys for Defendant*