**FINAL** **Patient Care Report** **desmond franklin**

## CLEVELAND EMS

601 LAKESIDE AVE RM 127
CLEVELAND, OH 44114-1015

**NPI: 18-E040** **NPI: 1699867077**

**Date of Service:** 04/09/2020
**Run Number:** E20031709_MED20_2020
**Incident Number:** E20031709
**Documented By** MORDARSKI, DAVID

### CREW INFO

**Vehicle:** MEDC20
**Call Sign:**
**Resp No:**
**Primary Role:** Ground Transport
**Crew #1 ID:** NOFER, STACIE
**Crew1 Role:** Driver/Pilot-Response, Driver/Pilot-Transport, Primary Patient Caregiver-At Scene, Primary Patient Caregiver-Transport
**Crew1 Level:** Paramedic
**Crew#2 ID:** MORDARSKI, DAVID
**Crew2 Role:** Driver/Pilot-Response, Driver/Pilot-Transport, Other Patient Caregiver-At Scene, Other Patient Caregiver-Transport, Primary Patient Caregiver-At Scene, Primary Patient Caregiver-Transport
**Crew2 Level:** Paramedic
**Crew #3 ID:**
**Crew3 Role:**
**Crew3 Level:**
**Disp Locn:**
**Disp Zone:**
**Disp GPS Locn:**
**Other EMS Agency:**
**Sending Fac MR#:**
**Est 1st At Scene:**
**1st At Scn time:**
**Assisted By:** Capt. Noland-Moore #629
**Doc'd By:** MORDARSKI, DAVID
**Unit Type:**
**Final Pt. Acuity:** Critical (Red)
**Addl.Resp. Mode** Lights and Sirens
**Patients Transported:** 1
**Hospital Designation:** Hospital (General)

### RESPONSE INFO

**Med/Trauma:**
**Call Type:** ALS
**Resp Priority:** Emergency
29-D-3V
**NatureOfCall:** MVA/MCA
**EMD Perfom.:** Yes, With Pre-Arrival Instructions
**EMD Card No:**
**Disp. Delay:** Other (Not Listed)
**Resp. Delay:** Other (Not Listed)
**Call Taken by:**
**Resp. with:**
**Locn Type:** Street and highway
**Location:** W 25TH ST/RIVERSIDE AVE Cleveland, Cuyahoga, OH 44109
**Scn Zone No:**
**Scene GPS :**
**Pt. Found:** Drivers Seat
**# Patients:** Multiple
**Mass Casualty:** No
**Activity at Onset:**
**Poss. Injury:** Yes
**Protocols:**
**Response Zone:**
**Acuity at Dispatch:**
**Initial Pt. Acuity:** Critical (Red)
**Level of Care of this Unit:** ALS-Paramedic
**Seat Position:**
**Height of Fall:**
**Transport Method:** Ground-Ambulance
**Hospital in Pt. Destination:**

### DISPOSITION

**Type of Service:** 911 Response (Scene)
**Outcome:** NOTS 1
**Dest. Reason:** Protocol
Closest Facility
**Trans. Priority:** Emergency
**Odometer Start:**
**At Scene Miles:**
**At Dest. Miles:**
**Transport Mileage:** 1.0
**Pts trans.:** Stretcher
**Cond at Dest.:**
**Dest Type:** Hospital
**Level of care :** ALS
**Dest Zone No:**
**Barriers to Care:** None Noted
None NEMSIS
None NEMSIS
**Pt. Trans.:** Supine - Stretcher
**Triage Class.:**
**Scene Delay :** None/No Delay
**Trans. Delay:** None
<None>
<None>
**Dest Delay:** Decontamination
Documentation
**Destination:** METROHEALTH MEDICAL CENTER
2500 METROHEALTH DR
Cleveland, Cuyahoga, OH 44109
**Dest GPS:**
**Dest Fac MR#:**
**Recv Doctor:**
**Disp. Cen. Name:**
**Instructions Provided:**
**Trauma Center Criteria:**
**Transport Mode Descriptors:** Lights and Sirens
**Destination Reason:** Protocol
Closest Facility

### TIMES

**Call Created:** 13:50 04-09-20
**Call in Pend:** 13:51 04-09-20
**Dispatch:** 13:51 04-09-20
**En route:** 13:53 04-09-20
**On Scene:** 13:55 04-09-20
**At patient:** 13:56 04-09-20
**Injury:** 13:50 04-09-20
**Transport:** 14:00 04-09-20
**At Hosp.:** 14:01 04-09-20
**Dest Tra Care:** 14:03 04-09-20
**In service:** 15:07 04-09-20

**Cxl Reason:**<NONE>

DEFENDANT'S EXHIBIT
K

**FINAL** **Patient Care Report** **desmond franklin**

**CLEVELAND EMS**

601 LAKESIDE AVE RM 127
CLEVELAND, OH 44114-1015

**NPI: 18-E040** **NPI: 1699867077**

**Date of Service:** 04/09/2020
**Run Number:** E20031709_MED20_2020
**Incident Number:** E20031709
**Documented By** MORDARSKI, DAVID

## PATIENT INFORMATION

**Name :** desmond franklin
**Phone :**
**Mobile No. :**
**SSN :** [redacted]
**DOB :** [redacted] (24 yrs)
**Doctor:**
**Sex :** Male
**Weight :** 250.00 lbs 113.40 Kgs
**Homeless:**
**Emergency Info Form :**
**Last Known Well:**
**Ethnicity :**
**DL Info :**
**Home Country :** United States
**Belonging Left With:**
**Email:**
**Face Sheet:**
**Belongings:**
**Broselow/ Luten Color :**
**Medicare Questionnaire :**
**Home Addr. :** UNKNOWN
CLEVELAND,CUYAHOGA, OH 44109
**Mailing Addr. :**
**Race :** Black or African American
**Advanced Directives :**
**Patient Characteristics:**

## NEXT OF KIN

**Name :**
**Phone :**
**Relationship :**
**SSN :**
**DOB :**
**Cell Phone: :**
**Sex :**
**Home Addr. :**

## INSURANCE

**Work Related:** No
**Employer:**
**Payer Type:**
**Occupation:**
**Employer Address:**

*no insurance information entered*

## PATIENT COMPLAINTS

**Chief Complaint**

Other Chief Complaint (Primary)
1 Minutes
Note: mgsw in connection with gsw

**Anatomic Location**

Head

**Organ System**

Cardiovascular

**Primary Symptom**

Gun Shot Wound

**Other Associated Symptoms**

None Voiced

**Last Oral Intake**

**Medical Hx Obtained From**

## HISTORY

**Past Medical History**
Unable to Complete

**Allergies**
No Known Drug Allergy

**Medications**
Unable to Complete

## ASSESSMENT

**CLEVELAND EMS**

601 LAKESIDE AVE RM 127
CLEVELAND, OH 44114-1015

**NPI: 18-E040** **NPI: 1699867077**

**Date of Service:** 04/09/2020
**Run Number:** E20031709_MED20_202(
**Incident Number:** E20031709
**Documented By** MORDARSKI, DAVID

ETOH/Drug use: Unable to Complete

**04/09/2020 13:57:00 By: MORDARSKI, DAVID**

| Body Area | Assessments and Comments | Body Area | Assessments and Comments |
|---|---|---|---|
| Airway | Patent | Breathing | Absent |
| Circulation | Capillary Refill - Absent :<br>Hemorrhage - Location : right temple<br>Pulses - Brachial - Absent :<br>Pulses - Carotid - Absent (0) :<br>Pulses - Femoral - Absent :<br>Pulses - Radial - Absent | Blood/Fluid Loss | 500 - 1000 ML |
| Head | Bleeding Uncontrolled :<br>Gunshot Wound : right temple | Face | Normal |
| Left Ear | Normal | Right Ear | Normal |
| Left Eye | Reactive | Right Eye | Reactive |
| Nose | Normal | Neck | Normal |
| Trachea | Normal | Pelvis | Normal |
| Genitalia | Normal | Upper Left Arm | Pulse-Absent |
| Upper Right Arm | Pulse-Absent | Upper Left Leg | Pulse-Absent |
| Upper Right Leg | Pulse-Absent | Lower Right Leg | Normal |
| Abdomen - Generalized | Normal | Abdomen - Left Lower | Normal |
| Abdomen - Left Upper | Normal | Abdomen - Right Lower | Normal |
| Abdomen - Right Upper | Normal | Back-General | Normal |
| Both Eyes | Reactive | Cervical-Left | Normal |
| Cervical-Midline | Normal | Cervical-Right | Normal |
| Chest/Lungs | Normal | Epigastric | Normal |
| External/Skin | Normal | Heart | Normal |
| Left 1st (Big) Toe | Normal | Left 2nd (Index) Finger | Normal |
| Left 2nd Toe | Normal | Left 3rd (Middle) Finger | Normal |
| Left 3rd Toe | Normal | Left 4th (Ring) Finger | Normal |
| Left 4th Toe | Normal | Left 5th (Smallest) Finger | Normal |
| Left 5th (Smallest) Toe | Normal | Left Ankle | Pulse-Absent |
| Left Elbow | Normal | Left Forearm | Normal |
| Left Hip | Normal | Left Knee | Pulse-Absent |
| Left Palm | Normal | Left Plantar Foot | Pulse-Absent |
| Left Shoulder | Normal | Left Thumb | Normal |
| Left Wrist | Pulse-Absent | Lumbar-Left | Normal |
| Lumbar-Midline | Normal | Lumbar-Right | Normal |
| Mental Status | Unresponsive | Mouth | Normal |
| Neurological | Normal Baseline for Patient | Periumbilical | Normal |
| Right 1st (Big) Toe | Normal | Right 2nd (Index) Finger | Normal |
| Right 2nd Toe | Normal | Right 3rd (Middle) Finger | Normal |
| Right 3rd Toe | Normal | Right 4th (Ring) Finger | Normal |
| Right 4th Toe | Normal | Right 5th (Smallest) Finger | Normal |
| Right 5th (Smallest) Toe | Normal | Right Ankle | Pulse-Absent |
| Right Elbow | Normal | Right Forearm | Normal |
| Right Hip | Normal | Right Knee | Normal |
| Right Palm | Normal | Right Plantar Foot | Pulse-Absent |
| Right Shoulder | Normal | Right Thumb | Normal |
| Right Wrist | Pulse-Absent | Sacral-Left | Normal |
| Sacral-Midline | Normal | Sacral-Right | Normal |
| Stroke/CVA Symptoms | No Stroke Symptoms At This Time | Thoracic-Left | Normal |
| Thoracic-Midline | Normal | Thoracic-Right | Normal |

## IMPRESSIONS

**Primary Impression:** Hemorrhage

**FINAL** **Patient Care Report** **desmond franklin**

**CLEVELAND EMS**

601 LAKESIDE AVE RM 127
CLEVELAND, OH 44114-1015

**NPI: 18-E040** **NPI: 1699867077**

**Date of Service:** 04/09/2020
**Run Number:** E20031709_MED20_202(
**Incident Number:** E20031709
**Documented By** MORDARSKI, DAVID

**Secondary Impressions:** No Secondary Impression

## CARDIAC ARREST

**Cardiac Arrest**
Yes, Prior to EMS Arrival

**Arrest Etiology**
Trauma

**Resuscitation Attempted**
Attempted Ventilation Initiated Chest Compressions

**Arrest Witnessed by**
Not Witnessed

**First Monitored Rhythm**
PEA

**Spontaneous Circulation**
No

**Time of Cardiac Arrest**
2020-04-09 13:49:00

**CPR Provided Prior to EMS Care**
No

**AED Used Prior to EMS Care**
No

**END OF CARDIAC ARREST EVENT**
Ongoing Resuscitation in ED

## TRAUMA

**Trauma**
NOTS Triage Protocol - Priority 1 - Step 1 - GCS < 12 w/Traumatic Mech

**Cause of Injury**
Handgun Discharge

**Mechanism of injury**
Penetrating

## VITAL SIGNS

| Time | PTA | BP | Pulse | Monitor Rate | Respiratory | SPO2 | EtCO2 | Glucose | GCS |
|---|---|---|---|---|---|---|---|---|---|
| 04/9/2020 13:57 | No | / | 0, Absent, <None> | | 0 Apneic, <None> | | | Not Applicable | E1 + V1 + M1 = 3 Initial GCS has legitimate values without interventions such as intubation and sedation |

Skin Temp=Normal Skin Color=Normal Skin Moisture=Normal Lung Sounds Left=Clear Lung Sounds Right=Clear Cap. Refill=Absent
Cardiac Rhythm=PEA Method Of Interpretation =Manual Interpretation EKG Type =4 Lead
Pupil Reacts: Left=Non-Reactive, Right=Non-Reactive Pupil Dilation: Left=Dilated, Right=Dilated
Level of Consciousness: Unresponsive; Pain Scale Type=Numeric (0-10); Arm Movement: Left=None, Right=None; Leg Movement: Left=None, Right=None; Stroke Scale Type=Cincinnati;
Heart Rate Measurement=Palpated

**Taken by:** MORDARSKI, DAVID

## TRAUMA SCORES

*no trauma scores entered*

## PRIOR AID

*no prior aid entered*

## TREATMENT SUMMARY

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|---|---|---|---|---|---|
| 13:57 | No | Back Board | MORDARSKI, DAVID | Protocol (Standing Order) | |

**Certification Level:** Paramedic

**FINAL** **Patient Care Report** **desmond franklin**

**CLEVELAND EMS**

601 LAKESIDE AVE RM 127
CLEVELAND, OH 44114-1015

**NPI: 18-E040** **NPI: 1699867077**

**Date of Service:** 04/09/2020
**Run Number:** E20031709_MED20_202(
**Incident Number:** E20031709
**Documented By** MORDARSKI, DAVID

## TREATMENT SUMMARY CONTINUED

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|---|---|---|---|---|---|
| 13:57 | No | Back Board | MORDARSKI, DAVID | Protocol (Standing Order) | |

**Certification Level:** Paramedic

| | | |
|---|---|---|
| # of Attempts : 1 | Complication : None | Head Blocks Used : Not Used |
| Indication : Cardiac Arrest | Method Used : Extricated From Car | Procedure Successful : Yes |
| Response : Unchanged | Result : Patient Secured | Secured With : Straps X3 |

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|---|---|---|---|---|---|
| 14:00 | No | Airway-Bagged-BVM | MORDARSKI, DAVID | Protocol (Standing Order) | |

**Certification Level:** Paramedic

| | | |
|---|---|---|
| BVM Attached To : Adult Mask | BVM Status : Chest Rise and Fall | Procedure Successful : Yes |

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|---|---|---|---|---|---|
| 14:00 | No | Oxygen | MORDARSKI, DAVID | Protocol (Standing Order) | |

**Certification Level:** Paramedic

| | | |
|---|---|---|
| Complication : None | Device Used : Bag Valve Mask | Dosage : 15 |
| Dosage Units : LPM | Indication : Protocol | Procedure Successful : Yes |
| Response : Unchanged | Results : No Change in Patient | Route : Bag Valve Mask |

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|---|---|---|---|---|---|
| 14:00 | No | CPR-Started | CFD First Responder | Protocol (Standing Order) | |

**Certification Level:** EMT-Paramedic

| | | |
|---|---|---|
| # of Attempts : 1 | Complication : None | Response : Unchanged |
| Successful : Yes | | |

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|---|---|---|---|---|---|
| 14:00 | No | 3 Lead EKG | CFD First Responder | Protocol (Standing Order) | |

**Certification Level:** EMT-Paramedic

| | | |
|---|---|---|
| Asystole Confirmed in 2 Leads : No | Complication : None | Ectopics : No Ectopics |
| Indication : Cardiac Arrest | Monitor Results : Pulseless Electrical Activity | Pads Used : 4 EKG Patches |
| Procedure Successful : Yes | Response : Unchanged | |

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|---|---|---|---|---|---|
| 14:01 | No | Intraosseous Access | NOFER, STACIE | Protocol (Standing Order) | |

**Certification Level:** Paramedic

| | | |
|---|---|---|
| # of Attempts : 1 | IO-Rate : N/A | IO-Size : IO-Blue (Adult) |
| IO-Solution : N/A | IO-Tubing : N/A | IO-Type : Intraosseous- Adult |
| IO-Volume : N/A | Procedure Successful : No | Successful IO Site : Tibia Left - IO |

## NARRATIVE

on arrival pt found in the drivers seat of a car that went through the fence of the cemetery near w25 and i71. pt was slumped over in the car and there was a lot of blood on him. a gsw to right temple was found and blood was pouring out of it. pt was unresponsive. multiple cpd on scene along

**CLEVELAND EMS**

601 LAKESIDE AVE RM 127
CLEVELAND, OH 44114-1015

**NPI: 18-E040** **NPI: 1699867077**

| | |
|---|---|
| **Date of Service:** | **04/09/2020** |
| **Run Number:** | **E20031709_MED20_202(** |
| **Incident Number:** | **E20031709** |
| **Documented By** | **MORDARSKI, DAVID** |

with cfd. there was another male on the lawn in custody of cpd and that was m24 pt. he was awake and screaming. ems and cfd pulled pt from the car onto a back board and loaded him into the squad. cpr was started and pt was bagged with bvm and high flow o2. cfd assisted ems crew in back of squad and drove ems crew to ed. pt was exposed and no other injuries were found. pt was pea on the monitor with no ectopy. metro ed was contacted on metro trauma channel on the portable radio. negative other findings or changes en route. pt care transferred to mhm ed staff who also signed for pt as he could not as he was pulseless and apneic. io drill was not successful as each time a bump was hit, it came out of skin. drill did not seem to have enough power to get into bone

## MISCELLANEOUS

**Trauma Registry ID:** 109897
**Pat ID Band/Tag #:**
**PD Case Number:**
**Fire Inc Report #:**

**Protective equip used**

| | |
|---|---|
| Eye Protection | NOFER, STACIE |
| Gloves | NOFER, STACIE |
| Mask-N95 | NOFER, STACIE |
| Mask-Surgical (Non-Fitted) | NOFER, STACIE |
| Eye Protection | MORDARSKI, DAVID |
| Gloves | MORDARSKI, DAVID |
| Mask-N95 | MORDARSKI, DAVID |
| Mask-Surgical (Non-Fitted) | MORDARSKI, DAVID |

## HIPAA

*no HIPAA signatures entered*

## SIGNATURES

| Time | Type | Who signed | Why patient did not sign |
|---|---|---|---|
| 04/09/2020 15:04 | Billing-Receiving Facility Signature | Nurse (RN) - ed nurse, jen | <Not applicable> |
| | | Type of Person Signing | Healthcare Provider |

desmond franklin was received by this facility at the date and time indicated. My signature is not an acceptance of financial responsiblity for the services rendered to this patient by City of Cleveland's Ambulance Transportation Services.

X ____________

**Witness 1:**
david mordarski

X ____________

## CREW INFORMATION

**FINAL** **Patient Care Report** **desmond franklin**

**CLEVELAND EMS**

601 LAKESIDE AVE RM 127
CLEVELAND, OH 44114-1015

**NPI: 18-E040** **NPI: 1699867077**

**Date of Service:** 04/09/2020
**Run Number:** E20031709_MED20_202(
**Incident Number:** E20031709
**Documented By** MORDARSKI, DAVID

**Start Date/Time :** 04/09/2020 07:00

| Crew # | Name | 0094962 | Crew # | Name | 0122545 |
|---|---|---|---|---|---|
| 136 | NOFER, STACIE | | 133 | MORDARSKI, DAVID | |

**Crew1 State ID** 94962 **Crew2 State ID** 122545

**Level:** Paramedic **Level:** Paramedic

X ____________________ X ____________________

**PHYSICIANS CERTIFICATION STATEMENT FOR AMBULANCE TRANSPORTATION**

*no PCS entered*

**PATIENT REFUSAL FORM**

*no Patient Refusal entered*