CASE NO. 1:22-CV-61

FRIED V. GARCIA

FILED

JAN 31 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

# CORRECTED EXHIBITS TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

- Thumb drives containing:
    - Exhibit A-1: thumb drive containing 911 call audio
    - Exhibit G-4, thumb drive containing video compilation, attached to the Declaration of David Loomis.

_____
Affan Ali
Assistant Director of Law
City of Cleveland Law Dept.
216-664-2852