# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ADAM FRIED, | Case No. 1:22CV61 |
| Plaintiff, | JUDGE DAN AARON POLSTER |
| -vs- | **JERS ORDER** |
| JOSE GARCIA, | |
| Defendant. | |

The Court is using technology to facilitate the viewing of exhibits by jurors (Jury Evidence Recording Systems/"JERS"). Counsel shall use the following procedures.

### SUBMISSION OF EXHIBITS IN ELECTRONIC FORMAT

Each party shall submit to Chambers **all** exhibits on a single storage device USB drive **no later than 3:00 pm. on Thursday, April 10, 2025.** Parties shall retain their original exhibits and shall submit only copies, including audio or visual exhibits.

Exhibits submitted to the Court after the start of trial will not be released to the jury via JERS and must be provided in hard copy for jury deliberation.

### RENAMING OF EXHIBIT FILES

The Exhibit Files must be named using a naming convention as follows:

<exhibit number>_<exhibit description>.<file extension>

<exhibit number>-<exhibit subpart>_<exhibit description>.<file extension>

Examples of valid exhibit file names are set forth below:

    12_2009 Tax Statement.pdf
    35_Dash Cam Footage.pdf
    47-A_Interview.wav

The exhibit may be named by **number or letter**, followed by the "underscore" character, and the underscore character cannot be used elsewhere in the exhibit name. Subparts of exhibits must be named by the number, followed by the "emdash" character, and the "underscore" character. Exhibits that do not follow this format will be returned to counsel for correction.

Compatible file types are listed below:

- PDF
- JPG
- WM Video
- MP3 and MP4
- WAV

Counsel shall coordinate numbering or naming of the documents (e.g., designate numbers 1-100 for Plaintiff, and numbers 1000-1099 for Defendant, or letters for Defendant, etc.) to prevent overlapping or duplicates.

Prior to submitting exhibits, counsel are encouraged to contact the Court's Deputy Katherine King at (216) 357-7192 with any questions regarding JERS procedures.

IT IS SO ORDERED.

                              s/ *Dan Aaron Polster*   2/19/2025
                              DAN AARON POLSTER
                              UNITED STATES DISTRICT JUDGE