# DAVID E. BALASH

FIREARMS EXAMINER * FORENSIC SCIENCE CONSULTANT
41906 Echo Forest Ct. * Canton, Michigan 48188
Phone (734) 981-6788 * Fax (734) 981-6459 * Cell (734) 678-7507

## CURRICULUM VITAE

| | |
|---|---|
| **PERSONAL:** | Born: Detroit, Michigan 1-19-45<br>Raised: Bay City, Michigan<br>Married for over 55 years with 2 children |
| **CURRENT** | 3-1-92 – Present.  I have been working as an Independent Firearms Examiner/Forensic Science Consultant. This work entails examination of evidence, case evaluations and crime scene re-construction consistent with work I performed at a crime laboratory. |
| **POSITION:** | March/2000 – May/2001 Supervision of the Oakland County Sheriff's Department Crime Laboratory Firearms Identification Unit in Pontiac, Michigan including responsibility for the training of a deputy sheriff as a firearms examiner. |
| **EMPLOYMENT HISTORY:** | Michigan Department of State Police - Enlisted 9-18-66 and graduated from recruit school on 12-2-66 and assigned to the Niles Post. Transferred to the Sandusky Post from 5/69 until 12/71. Assigned to the Forensic Science Division on 1-2-72 – Promoted to D/Sgt. on 12/73 – Promoted to D/Lt. on 3/15/81 and retired as a D/Lt. on 2-29-92. |
| **POSITION:** | D/Lt. - Laboratory Specialist:  Firearms/Tool Marks/Bomb Squad Unit Supervisor and the Crime Scene Assignment / Processing Supervisor for the Michigan State Police Northville Forensic Laboratory. This forensic laboratory provided services free of charge for well over 120 police agencies throughout Southeast Michigan. The Michigan State Police Northville Forensic Laboratory was one of the first A.S.C.L.A.D. Accredited laboratories, not only in Michigan but in the United States. |

| | |
|---|---|
| **DUTIES:** | * All the duties and responsibilities of an enlisted Michigan State Police Officer.<br>* Supervisor of the trained firearms staff and the responsibility for training new examiners and assisting current examiners;<br>* Research new methods of analysis both in the laboratory and at crime scenes;<br>* Laboratory analysis of all submitted firearms, fired bullets, fired cartridge cases and ammunition;<br>* Analysis of gunpowder patterns and gunshot residue cases;<br>* Determination of bullet entrance and exit holes, bullet trajectories and flight paths;<br>* Examination of weapons for operability, safety, functioning and alterations of mechanisms;<br>* Examination of air rifles for function and power;<br>* Blood spatter interpretation;<br>* Tool mark and physical match examinations;<br>* Develop and administer in-house proficiency testing for the firearms unit and the bomb squad;<br>* Serial number restorations;<br>* Formulating crime scene processing plans and directing crime scene crews comprised of both enlisted and civilian employees;<br>* Crime scene investigation and reconstruction;<br>* Crime scene photography and the instructing of laboratory personal in crime scene photography;<br>* Evidence collection and preservation in the laboratory, at crime scenes and at autopsy;<br>* Advise medical personnel and assist them at autopsies;<br>* Responsible for all bomb calls and explosive destruction Complaints received by the laboratory from over 120 police agencies in S.E. Michigan;<br>* Provide expert court testimony when requested;<br>* Administrative duties in the absence of the laboratory director. |
| **COURT TESTIMONY:** | Expert testimony has been accepted in Michigan Circuit Courts for the Counties of Wayne, Washtenaw, Oakland, Monroe, Livingston, Lenawee, Macomb, Allegan, Roscommon, Leelanau, Grand Traverse, Calhoun, Shiawassee, Chippewa, St. Clair, |

2

Balash Exhibit B

|  |  |
|---|---|
|  | Ottawa, Genesee and Kent Counties. Expert testimony has also been given in the District Courts for Wayne, Oakland, Washtenaw, Lenawee and Livingston Counties and the Probate Courts in Wayne, Oakland, Washtenaw and Monroe Counties. I have also testified in United States District Courts of Michigan, Oklahoma, Indiana, Pennsylvania, California, Alabama, Maryland. Florida and Ohio as well as the State Circuit Courts for Wisconsin, Illinois, Mississippi, Oklahoma, New York, Delaware, Maryland, Arizona and California. These testimonies exceed 400 occasions. |
| **DEPOSITION TESTIMONY:** | I have offered expert testimony at depositions on 87 occasions. |
| **EDUCATION:** |  |
| **1972 - 1974** | **BA - Madonna College, Livonia, Michigan**<br>Major: Social Science    Minor: Criminal Justice |
| **1965 - 1966** | **Michigan State University, E. Lansing, Michigan**<br>General Studies |
| **1963 - 1965** | **Delta College, Bay City, Michigan**<br>General Studies |
| **PROFESSIONAL ASSOCIATIONS:** | * Association of Firearm and Tool Mark Examiners - Life Member<br>* International Association of Bomb Technicians and Investigators – Life Member<br>*International Wound Ballistics Association through 2010<br>* International Association of Bloodstain Pattern Analysts through 2010<br>* Disaster Assistance and Recovery Team - Retired 2-29-92<br>* FBI Bomb Data Program - Retired 2-29-92<br>* Michigan State Police Command Officers Association<br>* Treasurer of the Echo Forest Home Owners Association from 2014 – 2021 |

**PROFESSIONAL TRAINING AND EXPERIENCE:**

| | |
|---|---|
| **3-1-92 to Present** | Independent Firearms Examiner, Forensic Science Consultant and Crime Scene Reconstruction. |

3

| Date | Organization/Course | Description |
|---|---|---|
| 9-18-66 | Enlisted - Michigan State Police | Trooper |
| 1-2-72 to 2-29-92 | Michigan State Police Northville Forensic Laboratory | Firearms, Tool Marks Bombs and Explosives Unit |
| 3-15-81 to 2-29-92 | D/Lt. Unit Supervisor | Firearms, Tool Marks Bombs and Explosive Unit. |
| 2-27-78 to 3-9-78 | Smith and Wesson Firearms Springfield, Massachusetts | Armorer School |
| 2-89 | Sig/Sauer Firearms | Armorer School |
| 2-90 | American Academy of Forensic Science | 1 Week seminar/training in Cincinnati, Ohio |
| 6-89 | Glock Firearms | Armorer School |
| 8/89 | Michigan State Police – Conversion training on 9mm Sig/Sauer Model 226 semi-auto pistol | 40 hours course |
| 9-89 | Blood Spatter Interpretation | 3 Day Workshop |
| 10-97 | International Wound Ballistics Association | 2 Day Conference |
| 1-87 | Federal Bureau of Investigation Training Academy - Quantico, Virginia Bombs and Equipment | 1 Week School |
| 3-74 | Tours of various firearms, ammunition and explosive plants | Two Week Program |
| 8-73 | Hazardous Explosive Devices Course at the U.S. Army Redstone Arsenal - Huntsville, Alabama | Three Week Course on Improvised Explosive Devices |

Balash Exhibit B

4

**PROFESSIONAL TRAINING AND EXPERIENCE CONT:**

| | | |
|---|---|---|
| **Late 1980's** | Advanced explosives program given by BATF in Glenco, Georgia | Two-Week School |
| **1980's** | 3 A.F.T.E. training seminars | Firearms Identification Updates and training |
| **1972 – 1992** | Many classes in photography. They were instructed by Kodak representatives as well as local photography experts. | Several one-week schools |
| **3-91, 11-88<br>5-85, 1-82<br>10-77, 1-76** | Hazardous Explosive Devices Course at the U.S. Army Redstone Arsenal - Huntsville, Alabama | 6 - One Week Refresher Schools |
| **2-72 thru 2-92<br>& 1995** | Michigan State Police Bomb Squad training & explosive refresher courses. | Higgins Lake and other training sites |
| **1973 thru 1992** | Basic X-Ray training and interpretation at the Hazardous Devices School in Huntsville Alabama in 1973 and at all the subsequent refresher schools as well, including setting up the portable X-Ray's, intensifying screens and film, taking the X-Ray and reading the film to determine a course of action. X-Ray training, including fluoroscopy, continued throughout my remaining 19 years in the department, these skills being used at crime scenes, in the laboratory and at autopsies. | |
| **2-72 thru Present** | Many classes and seminars offered mostly through the Michigan State Police covering firearms training, crime scene processing, blood spatter analysis and investigative techniques which have not been noted in this C.V. | |
| **1995 – 2004** | Attended 6 – S.H.O.T.  Shows (Shooting, Hunting, Outdoors and Technology) to remain current in the field of firearms, ammunition and technology. | |

5

Balash Exhibit B

**Quality training does not always take place in an academic setting. Some of the most valuable training I have received, unfortunately, has come at the expense of the lives of others. I have worked on thousands of cases that were submitted to the laboratory for analysis, as well as participating in hundreds of crime scene investigations while employed by the Michigan State Police and I have continued to work on homicide investigations and crime scene reconstruction as a civilian examiner combining for over 50 years of work in the field. Each case that an examiner works on teaches that examiner. During the course of my career the following listed cases stand out as significant investigations:**

* Inkster Police Shooting - July, 1987. Three police officers were murdered at the Bungalow Motel in Inkster, Michigan. I headed the crime scene investigation and subsequent examination of over 400 items of evidence. My Circuit Court testimony lasted five days.
* Crash of Northwest Flight 255 – August 1987 – resulting in the death of 156 people. As assistant coordinator of the crash site, my responsibilities were to assemble recovery teams for body and property removal, grid the site and facilitate the recovery/identification effort. This crash led to the formation of the Disaster Assistance Recovery Team (D.A.R.T.) of which I was the Vice-Chairman. I have also assisted in the investigation of two other major airplane accidents.
* Ecorse Police Officer Eddie Atkins – Prosecution for Homicide in 1974.
* Shooting death of Detroit Police Officer Freddie Jackson.
* Bombing death of Michael Vincenza.
* Shooting death of Ypsilanti Police Officer Douglas Downing.
* Shooting death of Leonard Bontekoe by a Ypsilanti Police Officer.
* Beating death of Dorothy Tyburski – her body was in a freezer for 2 years.
* Billy Hardesty Case.
* Shooting of Davern Riley by Detroit PD
* Shooting death of Michael Hill by Detroit PD
* Shooting death of Sharon Solomon near Flint Michigan – Homicide/Suicide?
* Shooting death of Mr. Timmerman in Allegan, Michigan
* Shooting death of 4 people at a furniture store in Mississippi – I was retained by the defense and subpoenaed by the Prosecution for at least 5 trials on the same evidence against the same defendant.
* The shooting death of banker David Widlak-

6

      * The 2008 discovery of firearms errors at the Detroit Police Laboratory resulting in the closure of the Detroit Police Crime Laboratory and the eventual opening of a satellite Michigan State Police Forensic Laboratory in the city of Detroit.

      * There are multiple other shooting cases that I have worked on both as an enlisted police officer as well as a civilian examiner which also could have been included in the above list of noteworthy cases.

**TEACHING EXPERIENCE:**

| | | |
|---|---|---|
| **6/91, 2/92, 10/92**<br>**11/93, 1/95, 11/95**<br>**9/96, 3/97, 11/97**<br>**10/98, 10/99**<br>**10/00 & 3/02** | Schoolcraft College | 13 - two week<br>evidence collection<br>and preservation<br>classes |
| **1982 - 1984** | Detroit Edison Nuclear<br>Security Personnel | 7 - two-day classes<br>Firearms/Explosives |
| **1972 - 1992** | Michigan State Police | Many classes on<br>Firearms Identification<br>Bombs and Explosives<br>Evidence Collection |
| **1997** | Michigan State Police | 2 Basic Crime Scene<br>Photography Classes |
| **Many Classes**<br>**1972 - 1997** | Local Police Agencies | Firearms Identification<br>Bombs and Explosives<br>Evidence Collection |
| **1972 - 1999** | University of Michigan<br>University of Detroit<br>Wayne State University<br>Madonna University<br>Henry Ford Community College<br>Schoolcraft Community College<br>Washtenaw Community College<br>Mercy College | Guest lectures on<br>Firearms Identification,<br>Tool Marks, Bombs and<br>Explosives. Crime<br>Scene Analysis |

7

Balash Exhibit B

| | | |
|---|---|---|
| **1998 & 1999** | Michigan Defense Attorney's Association Seminar | Three presentations on utilizing a firearms/crime scene expert. |
| **2011** | Presentation to the 36th District Court Judges | Firearms Identification / Crime Scene Expert |
| **2017** | I.A.B.T.I. training session at the Capital City Airport in Lansing, Michigan which included robot training and case reviews. | |
| **2017** | Old case review with MSP Northville Explosive Unit covering several old laboratory cases involving death by explosives. | |

**PUBLICATIONS:**

| | |
|---|---|
| **1973 AFTE** | A unique .25 auto caliber jacketed hollow point bullet made by Winchester-Western for the J.J. Jovino Co. of New York. |
| **1998 AFTE** | FRANGIBLE BULLETS: A FIREARMS EXAMINERS NIGHTMARE. |

2/16/2023

8