DAVID E. BALASH

TESTIMONIES & DEPOSITIONS   2017 - 2023

| Date | Location/Type | Case | Case # |
|---|---|---|---|
| 2/21/17 | Testify in Wilmington, Del | Keith Schueller v. Brett Cordrey, State of Delaware, Dept. of Public Safety-State Police C.A. No. N14C-05-201 EMD | Case # 947-15 |
| 3/22/17 3/23/17 | Testify in St. Charles, Ill Kane Co. Circuit Ct. | People v Whetstone Case No. 14 CF 74 | Case # 969-16 |
| 3/30/17 | **Deposition Farmington Hills on Los Angeles, CA case** | Amaya v COLA – VC062384 | Case # 938-14 |
| 4/3/17 | **Deposition Farmington Hills On Wisconsin Case** | Estate of Michael Hawkins Explosive Device | Case # 975-17 |
| 5/10 -11/17 | Testify in Norwalk, CA | Amaya v COLA – VC 062384 | Case # 938-14 |
| 6/20/17 | **Deposition Ann Arbor on Harrisburg, PA Case** | **Abraham J. Gregor v. Officer Scott Johnson No.1:14-CV-219-YK** | Case # 964-16 |
| 6/29/17 | **Deposition in Chicago** | LaPorta v. City of Chicago, et al Case No. 14 CV 9665 | Case # 981-17 |
| 7/14/17 | **Deposition Detroit on California case** | **Estela Rodriguez and Abel Rodriguez v. County of Los Angeles and Deputies Andrew Alatorre and Sandy Galdamez** | Case # 980-17 |
| 10/13 & 16/2017 | Testify in Chicago, IL United States District Ct. | Michael LaPorta v. City of Chicago et al 14-CV-96765 | Case # 981-17 |
| 11/21/17 | Testify Macomb Co Circuit | State of Michigan v. Christopher Jones Case No. 2017-869-FC | Case # 984-17 |
| 05/09/18 | Testify Detroit Recorder's Ct. | People v Theionious Searcy COA # 293056 | Case # 989-18 |
| 6/20/18 | **Deposition Farmington Hills** | Desmond Ricks, et al v. David Pauch, et al Case No.-cv-12784 | Case # 982-17 |
| 7/10/18 | Testimony Wilmington, Del | Rogers v. Morgan et, al. | Case # 953-15 |
| 8/21/18 | **Deposition Los Angeles, CA** | Armando Villanueva et al v. State of California: Cleveland and Henderson | Case # 996-18 |
| 9/12/18 | **Deposition Novi on Shooting in Arizona** | Kimberly Kennedy, et al. v. Mohave Co., et al. United States District Court, Arizona, No. 17-CV-08206-SPL | Case # 994-18 |
| 10/24- 25/2018 | Testify in Macomb County Circuit Court | People of State of Michigan v. Jeremiah Boshell No. 2017-3787-FC | Case # 993-18 |
| **10/31/18** | **Deposition Southfield** | Matthews v. City of Dearborn, et al. Case # 16-13763 | Case # 956-16 |
| 11/19/18 | **Deposition in Detroit** | Davontae Stanford v. City of Detroit Case No. 17-13062 | Case # 859-09 |

1

| Date | Location/Type | Case | Case # |
|---|---|---|---|
| 12/20/18 | **Deposition in Detroit on New Mexico shooting case** | Hermelinda Alvarado-Escobedo v. United States of America et al. | Case # 983-17 |
| 1/29/19 | **Deposition in Farmington Hills On Ohio Case** | Patricia Martin et al., v. Joshua Haas et al. Case No. 3:17-cv-00160 | Case # 968-16 |
| 6/25/19 | Testimony in Alabama Federal District Ct. Florence, Alabama | Estate of Shane Wadkins v Steven Moody Case No. 3:17-CV-00406 AKK | Case # 973-16 |
| 10/2/19 | Deposition in Chicago on Minn case | **Shooting of Matthew VanHofwegen File No. 15PM 247** | Case # 997-18 |
| 10/29/19 | Testimony in Federal District Ct. Michigan Eastern District | Shooting of Terrance Kellum | Case # 999-19 |
| 11/7/19 | Washtenaw County Circuit Ct | People V. Jacob Labelle Case No. 18-596-FH | Case # 1006-19 |
| 10/23/20 | **Deposition (zoom at home) Canton, Michigan** | **Peck et at v. County of Orange et al. 2:19-cv-04654 DSF – (AFMx)** | Case # 1016-20 |
| 03/10/21 | Testimony at a Police Trial Board (Zoom) at Home | City of Chicago v. P.O. Patrick Kelly | Case #   981-17 |
| 06/21/21 | **Deposition (Zoom) for Chicago** | **Love et al. v. City of Chicago et al. Case: 1:18-cv-02742** | Case # 1028-21 |
| 08/05/21 | Federal District Court Phoenix Arizona | Kimberly Kennedy et al, v. Mohave Co. So et al, Case # 3:17-CV-08206 SPL | Case #  994-19 |
| 11/22/21 | **Deposition (Zoom) for San Jose** | **Dominguez v. San Jose Police Dept et al Federal Court-Northern District of CA Case No.: 5:18-cv-04826** | Case # 1032-21 |
| 07/15/22 | **Deposition (Zoom) for Chicago** | **LaShawnda Young, etc., vs. Ottis Watts and the City of Chicago Case No. 13 C 5651** | Case #   985-17 |
| 08/23/22 | Federal Court-Northern District of CA, San Jose   ,CA | **Dominguez v. San Jose Police Dept et al Federal Court-Northern District of CA Case No.: 5:18-cv-04826** | Case # 1032-21 |
| 11/04/22 | Saginaw Co Circuit Court | People v. Roderick Dewayne Barnes Case No 21-047452-FC-2 | Case # 1044-22 |
| 12/16/22 | Kalamazoo Circuit Court | People v. Michael Thigpen Lower Court No. 19-2082-FC | Case # 1041-22 |
| 02/12/23 | **Deposition in High Point N.C.** | | Case # 1043-22 |

 88   Depositions to date from 1992
133   Testimonies to date from 1992

                                                        Respectfully submitted
                                                        David E. Balash

Balash Exhibit C