# DAVID E. BALASH

FIREARMS EXAMINER * FORENSIC SCIENCE CONSULTANT
41906 Echo Forest Ct. * Canton, Michigan 48188
Phone (734) 981-6788* Fax (734) 981-6459

## FEE SCHEDULE

Examinations, meetings and Case Reviews   $ 325.00 per hour – 6 hour minimum

Court and Deposition Testimony $ 1,600 Minimum Charge  + $400 per hour or any part of an hour for testimony lasting more than 4 hours. Payment for depositions is due the day of the deposition.

$ 3,000 Charge for Court or Deposition outside of the State of Michigan. This includes all travel charges. For out of state Court or Deposition Testimony lasting beyond 4 hours an additional charge of $400 per/hour will be applied.

    Standby Court Time - $ 250 per/hour
    Travel (car) - $ 700.00 per half day (4 hours) + expenses
    Travel (plane)              Pre paid Ticket + expenses and
                                            $ 700 per half day (4 hours) travel.
                                            $175 for each additional hour of travel

A $ 4,000.00 retainer, drawn from a Law Firm Account or a Certified Check,  is required prior to work starting on all new cases unless other arrangements have been made. Work hours are deducted from the retainer (6 hours minimum) and all unused portions of the retainer will be refunded within 3 business days of the request for reimbursement.

A retainer is not required on court appointed cases.

Airline tickets and partial expense money must be paid prior to travel.

I do not charge for normal telephone conversations. This applies whether I have been retained on the case or not.

David E. Balash

2/14/2023

Balash Exhibit D